SHAFFY MOEEL, ESQ.
Cal State SBN 238732
MOEEL LAW OFFICE
214 Duboce Ave.
San Francisco, CA 94103
Telephone: (415) 735-5021
Facsimile: (415) 255-8631
Email: shaffymoeel@gmail.com

Attorney for Defendant
MICHAEL LEE THOMAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MICHAEL LEE THOMAS,<br><br>  Defendant. | CASE NO. CR ~~14~~ 15-0373-YGR<br><br>**STIPULATON REQUESTING TO CALENDAR THE CONTINUED DETENTION HEARING ON AUGUST 13, 2015 AT 10:00 A.M.** |

IT IS HEREBY STIPULATED by and between plaintiff United States of America, through counsel, KELSEY LINNETT and defendant MICHAEL LEE THOMAS through counsel, SHAFFY MOEEL, that a continued detention hearing be calendared for August 13, 2015 at 10:00 a.m.

The parties appeared before Magistrate Judge Westmore on July 30, 2015 for Mr. Thomas's scheduled detention hearing. At the hearing, Mr. Thomas proposed a surety, Monique Jones, who had already been telephonically interviewed by the Pre-Trial Services Office.

1  Despite her willingness to serve as a surety for Mr. Thomas, Ms. Jones was not able to attend the
2  July 30th hearing because she was at her place of employment. Judge Westmore indicated that
3  Ms. Jones should come to Mr. Thomas's next court date, at a continued detention hearing, for the
4  Court's consideration. Ms. Moeel indicated her willingness to coordinate a date with the Court's
5  clerk for a continued detention hearing so that Ms. Jones could attend. The parties now request
6  that this hearing be scheduled for August 13, 2015 at 10:00 a.m.

**IT IS SO STIPULATED.**

Dated: August 10, 2015                    Respectfully submitted,

                                          MELINDA HAAG
                                          United States Attorney

                                          By: /s/ *Kelsey Linnett*
                                          _____
                                          KELSEY LINNETT
                                          Assistant United States Attorney

                                          By: /s/ *Shaffy Moeel*
                                          _____
                                          SHAFFY MOEEL
                                          Attorneys for Mr. Michael Lee Thomas

**IT IS SO ORDERED.**

Dated: __8/12/15_____            _____
                                          HONORABLE KANDIS A. WESTMORE
                                          Magistrate Judge, United States District Court